SEPTEMBER 17, 1986

No. A–207.   RAULT *v.* BLACKBURN, WARDEN.   Application for stay of execution of sentence of death, presented to JUSTICE

WHITE, and by him referred to the Court, is granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay teminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.